# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

EDWARD WALSH,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

**07 CV 3729**

WOR RADIO, A/K/A BUCKLEY BROADCASTING COMPANY

**JUDGE MARRERO**

TO: (Name and address of defendant)

WOR RADIO
A/K/A BUCKLEY BROADCASTING COMPANY
111 BROADWAY, 3RD FLOOR
NEW YORK, NEW YORK 10006

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WAESCHE, SHEINBAUM & O'REGAN, P.C.
111 BROADWAY, 4TH FLOOR
NEW YORK, NEW YORK 10006

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                           MAY 1 1 2007
CLERK                                         DATE

(BY DEPUTY CLERK)

AO 440 (REV. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE May 14, 2007 |
| NAME OF SERVER *(PRINT)* Michael Griffin | TITLE Office Clerk |
| Check one box below to indicate appropriate method of service | |

[X] Served personally upon the defendant. Please where served: 111 Broadway, 3rd Floor New York, New York 10006

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other *(specify)*: Ms. Bolivar advised that she was authorized to accept service on behalf of Robert Bruno.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 15, 2007
                    *Date*

*Signature of Server*

111 Broadway, 4th Floor
New York, New York 10006
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.