USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWARD WALSH,

       Plaintiff,

  - against -

WOR RADIO, a/k/a BUCKLEY
BROADCASTING COMPANY

       Defendant.

---

Index No. 003729/07

**STIPULATION OF EXTENSION
OF TIME TO ANSWER**

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiff Edward Walsh, Waesche, Shienbaum & O'Regan, P.C. and defendant WOR Radio a/k/a Buckley Broadcasting Company, by counsel Kauff McClain & McGuire LLP, that the time for defendant to appear, answer, move or otherwise respond to the Complaint is extended until and including July 3, 2007. This stipulation may be executed by facsimile signature.

Dated:  New York, New York
     June 4, 2007

WAESHCE, SHEINBAUM & O'REGAN, P.C.  KAUFF McCLAIN & McGUIRE LLP

By: _____    By: _____
John R. Keough, III (JK 6013)     William E. Zuckerman (WZ-2700)
111 Broadway, 4th Floor       950 Third Avenue, 14th Floor
New York, New York 10006      New York, New York 10022-2075
(212) 227-3550         (212) 644-1010

Counsel for Plaintiff        Counsel for Defendant

153779.v1

**SO ORDERED:** 5 June 2007

_____
U.S.D.J.
Victor Marrero