## **CERTIFICATE OF SERVICE**

The undersigned, an attorney admitted to practice before the Courts of the State of New York and this Court, affirms under penalty of perjury that on July 3, 2007, he caused a true copy of the foregoing Memorandum of Law in Support of Defendant's Motion to Dismiss or, in the Alternative, To Stay the Action Pending Arbitration and the attachments thereto, including copies of all cited unreported/unpublished decisions, as well as the Notice of Motion to Dismiss to be served by FedEx overnight delivery, upon attorney for plaintiff, John R. Keough III., Waesche, Sheinbaum & O'Regan, P.C., 111 Broadway, New York, New York 10006-1991.

_____
J. Patrick Butler

154923.v1