# WAESCHE, SHEINBAUM & O'REGAN, P.C.

111 BROADWAY

NEW YORK, NY 10006-1991

TELEPHONE: 212-227-3550
FACSIMILE: 212-267-5767
212-233-8477
E-MAIL: waesche@waeschelaw.com

JOHN R. KEOUGH, III
RICHARD W. STONE II
JOHN R. FOSTER

CODY D. CONSTABLE

FRANCIS M. O'REGAN
PETER H. GHEE
OF COUNSEL

July 20, 2007

BY FAX
Hon. Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-20-07

Re: Edward Walsh v. WOR, et al.,
07 Civ. 3729 (VM)(HP)
Our File: D223

Dear Judge Marrero:

We are attorneys for plaintiff, Edward Walsh. Upon the consent of counsel, we respectfully request that the Court approve an extension of time to August 3, 2007, to file plaintiff's papers in opposition to defendant's motion to dismiss or stay pending arbitration, and that the time for filing defendant's reply, if any, be extended to August 17, 2007.

No prior extension of such time has been requested by plaintiff.

Respectfully,

John R. Keough, III

/stg

cc: **BY FAX**
William E. Zuckerman, Esq.
J. Patrick Butler, Esq.
Kauff, McClain & McGuire LLP
**Your Ref:** 00697.8315

Request GRANTED. The briefing schedule with regard to the motion to dismiss or stay pending arbitration herein is extended as set forth herein: motion papers submitted by _____; response 8-3-07 ; reply 8-17-07.

SO ORDERED.

7-20-07
DATE

VICTOR MARRERO, U.S.D.J.

** TOTAL PAGE.02 **