# WAESCHE, SHEINBAUM & O'REGAN, P.C.

111 BROADWAY
NEW YORK, NY 10006-1991

JOHN R. KEOUGH, III
RICHARD W. STONE II
JOHN R. FOSTER

TELEPHONE: 212-227-3550
FACSIMILE: 212-267-5767
212-233-8477
E-MAIL: waesche@waeschelaw.com

CODY D. CONSTABLE

FRANCIS M. O'REGAN
PETER H. GHEE

OF COUNSEL

August 3, 2007

BY FAX
Hon. Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8-3-07

Re: Edward Walsh v. WOR, et al.,
07 Civ. 3729 (VM)(HP)
Our File: D223

Dear Judge Marrero:

We are attorneys for plaintiff, Edward Walsh. Upon the consent of counsel, we respectfully request that the Court approve a one-week extension of time to Friday, August 10, 2007, to file plaintiff's papers in opposition to defendant's motion to dismiss or stay pending arbitration, and that the time for filing defendant's reply, if any, be extended to August 24, 2007.

Plaintiff previously requested and was granted an extension of time by the Court's order dated July 20, 2007. The reason for this request is that the undersigned has been engaged on an emergency basis for the last two weeks in a shipboard fire case and is preparing for a trial next week.

Respectfully,

John R. Keough, III

/stg

cc: BY FAX
William E. Zuckerman, Esq.
J. Patrick Butler, Esq.
Kauff, McClain & McGuire LLP
Your Ref: 00697.8315

> Request GRANTED. The briefing schedule with regard to the motion to dismiss or stay pen. to arbitration herein is extended as set forth herein: motion papers submitted by ____; response 8-10-07; reply 8-24-07.
> SO ORDERED.
> 8-3-07
> DATE
> VICTOR MARRERO, U.S.D.J.