USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDWARD WALSH,

                Plaintiff,                07 CIVIL 3729 (VM)

   -against-                      **JUDGMENT**

WOR RADIO a/k/a BUCKLEY BROADCASTING
COMPANY,
                Defendant.
-----------------------------------------------------------X

      Defendant having moved to dismiss, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on January 24, 2008, having rendered its Decision and Order granting defendant's motion to dismiss this action, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 24, 2008, defendant's motion to dismiss this action is granted; accordingly, the case is closed subject to its being reopened for the purpose of any additional action necessary following the arbitration proceedings referred to in the Court's Decision and Order dated January 24, 2008.

**Dated:**  New York, New York
         January 30, 2008

                                                  **J. MICHAEL McMAHON**
                                                     Clerk of Court

                          BY: _____
                                                     Deputy Clerk

                                         **THIS DOCUMENT WAS ENTERED
                                         ON THE DOCKET ON _____**