John R. Keough, III (JK 6013)
Cody D. Constable (CC 6659)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Plaintiff
111 Broadway, 4th Floor
New York, New York  10006
(212) 227-3550


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD WALSH,

                Plaintiff,

    -against-

WOR RADIO, a/k/a BUCKLEY BROADCASTING
COMPANY,

                Defendant.
-----------------------------------------------------------------X

ECF CASE

07 Civ.  3729 (VM)(HP)

**PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the prior pleadings and proceedings herein, the undersigned attorney for plaintiff Edward Walsh will respectfully move this Court, before the Honorable Victor Marrero, at the United States District Court for the Southern District of New York, located at Courtroom 20B, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, pursuant to Rules 59(e) and 60(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 6.3, for reconsideration of the Court's Opinion and Order and Judgment dated January 30, 2008.

Dated: New York, New York
       February 13, 2008

        **WAESCHE, SHEINBAUM & O'REGAN, P.C.**
        Attorneys for Plaintiff
        Edward Walsh


By: _____/s_____
      John R. Keough, III (JK 6013)
      Cody D. Constable (CC 6659)
      111 Broadway, 4th Floor
      New York, New York  10006
      (212) 227-3550


**TO:**  William E. Zuckerman (WEZ 2700)
       J. Patrick Butler (JPB 2424)
       **KAUFF, MCCLAIN & MCGUIRE, LLP**
       Attorneys for Defendants
       950 Third Avenue, 14th Floor
       New York, New York 10022
       (212) 644-1010


## CERTIFICATE OF SERVICE

      I, JOHN R. KEOUGH, III an attorney duly admitted to practice in the Courts of the State of New York and in this District, hereby certify that on February 13, 2008, I personally caused a copy of the foregoing **PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION** and **PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO RECONSIDER JANUARY 24 OPINION AND ORDER AND JUDGMENT DATED JANUARY 30** to be served on the above listed counsel of record, by depositing a true copy of same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.


                _____/s_____
                John R. Keough, III