John R. Keough, III (JK 6013)
Cody D. Constable (CC 6659)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Plaintiff
111 Broadway, 4th Floor
New York, New York 10006
(212) 227-3550



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD WALSH,

                Plaintiff,

       -against-

WOR RADIO, a/k/a BUCKLEY BROADCASTING
COMPANY,

                Defendant.
------------------------------------------------------------X

ECF CASE

07 Civ. 3729 (VM)(HP)

**NOTICE OF APPEAL**

        Notice is hereby given that plaintiff, Edward Walsh, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order granting the motion to dismiss by defendant WOR RADIO, a/k/a BUCKLEY BROADCASTING for the reasons stated in the Court's Decision and Order dated January 24, 2008, and entered in this action on the 24th day of January, 2008; from the Judgment entered thereon on the 30th day of January, 2008; and from the Decision and Order denying plaintiff's motion for reconsideration dated and entered in this action on the 29th day of February, 2008.

Dated: New York, New York
       March 28, 2008

                                                                                      **WAESCHE, SHEINBAUM & O'REGAN, P.C.**
                                                                                      Attorneys for Plaintiffs
                                                                                      Edward Walsh

By: _____
            John R. Keough, III (JK 6103)
            Cody D. Constable (CC 6659)
            111 Broadway, 4th Floor
            New York, New York 10006
            (212) 227-3550

TO:    William E. Zuckerman (WEZ 2700)
         J. Patrick Butler (JPB 2424)
         **KAUFF, MCCLAIN & MCGUIRE, LLP**
         Attorneys for Defendants
         950 Third Avenue, 14th Floor
         New York, New York 10022
         (212) 644-1010